UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re  ATA Airlines, Inc.,
Debtor

Case No. 08-03675
Chapter 11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 8 | $250,433,768.80 PLUS UNKNOWN | | |
| C - Property Claimed As Exempt | Yes | 1 | | | N/A |
| D - Creditors Holding Secured Claims | Yes | 8 | | $373,289,074.28 PLUS UNKNOWN | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 13 | | $2,850,551.67 PLUS UNKNOWN | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 585 | | $328,794,189.81 PLUS UNKNOWN | |
| G - Executory Contracts and Unexpired Leases | Yes | 65 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets In ALL Schedules | | 683 | | | |
| Total Assets | | | $250,433,768.80 PLUS UNKNOWN | | |
| Total Liabilities | | | | $704,933,815.76 PLUS UNKNOWN | |