**SO ORDERED: August 21, 2008.**

**Basil H. Lorch III**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ATA AIRLINES, INC., | ) | Case No. 08-03675-BHL-11 |
| | ) | |
| Debtor. | ) | |

**ORDER UNDER FED. R. BANKR. P. 9019 APPROVING STIPULATION BETWEEN THE DEBTOR AND BARCLAYS BANK DELAWARE FOR THE REJECTION OF ATA AIRLINES, INC. CREDIT CARD AFFINITY AGREEMENT AND AUTHORIZING THE PAYMENT AND RELEASE OF CLAIMS THEREUNDER**

This Court has considered the Motion for Order Under Fed. R. Bankr. P. 9019 Approving Stipulation Between the Debtor and Barclays Bank Delaware for the Rejection of The ATA Airlines, Inc. Credit Card Affinity Agreement and Authorizing the Payment and Release of Claims Thereunder (the "Motion") filed by ATA Airlines, Inc. (the "Debtor"). The Motion requests entry of an order under Bankruptcy Rule 9019 authorizing the Debtor to enter into the Stipulation[1] attached to the Motion with Barclays. The Court finds that (i) it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Motion and Stipulation.

proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and its creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.  Therefore,

IT IS HEREBY ORDERED THAT:

1.     The Motion is granted and approved in all respects.

2.     The terms of the Stipulation attached to the Motion are effective immediately.

3.     This Court retains jurisdiction to enforce the terms of the Stipulation and to resolve any dispute arising under the terms of the Stipulation.

###

Requested:

Terry E. Hall (#22041-49)
Baker & Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, Indiana 46204
Telephone:  (317) 237-0300
Facsimile:  (317) 237-1000
terry.hall@bakerd.com

Distribution:

Service List